Jeffery Jabari Jessup #43680-510
Name and Prisoner/Booking Number

CoreCivic-CAFCC
Place of Confinement

P.O. Box 6300
Mailing Address

Florence, Arizona  85132
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY

AUG 23 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Jeffery Jabari Jessup,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) CoreCivic,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV24-02161-PHX-JJT--DMF
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: CoreCivic-Central Arizona Florence Correctional Complex

Revised 12/1/23

1

550/555

## B. DEFENDANTS

1. Name of first Defendant: __Core Civic__. The first Defendant is employed as: _____ at _____
   (Position and Title)         (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as: _____ at _____
   (Position and Title)         (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____
   (Position and Title)         (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____
   (Position and Title)         (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __1__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __Jessup__ v. __Arizona Department of Corrections__
      2. Court and case number: __2:23-cv-02155-JJT--DMF__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __Pending__

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __Amendment 8__

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 3/15/23 approximately at 12:00 pm to 12:45 pm in CoreCivic-CAFCC's 700 A/B sallyport I was choked 2x around my neck which is prohibited and also beating up by several officers using more excessive by putting there knees on my neck. In the time giving above.

   On 6/27-28/23 at approximately 10:00 pm to midnight In CoreCivic's Oppo an other officer used excessive force by spraying me with pepper spray for no reason but lying on grievance about it saying "I had a plastic wrap around my neck" when I didn't, then Abuse his authority with excessive force by using sert team to beat me up.

   On 10/10/23 approximately 7:00 am to 10:00 am where another excessive act by an officer occurred where I was choked around my neck when I was trying to get in the showers but he wouldn't let me go.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   I believe I have IED/IEM because I can become very combative and offended very fast or I have some other mental disorders and several injuries physically like busted lips, bruised knees, bruised neck, wrist and many others.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count I?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: __Amendment 8__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Since 3/15/23 I've been constantly harrassed after I told them I am going to sue them. They will taunt me play psychological games like throw rocks from the exit of 900's Seg. unit's rec entries and exits also yelling things like "you have H.I.V." "I hate you" and other things to get my attention. When I didn't they start coming to my room even one day displaying while I was on the phone "an officer said "Your not on the phone with anyone" implying that I was seriously mentally ill or crazy while I talkin to my brother still they cut the call short then made that a habit too. Shortly after they moved me to RHU main Seg. there it was another incedent other then continuous rec yard harrassment On 6/22/23 after a small convo about NBA Finals or trying to an Officer activated on me saying, I was feeling suicidual when I wasn't and I let them know that repeatly even waving a sign that said "I'm not Suicidual" but they still did after they beat me up then took me to watch in O-pod. To this present day they still harrass me everytime I leave my cell they come in my cell to touching my legal material like my discovery, my business plans, ideas, Music projects even 1 day said they'll steal them all in retaliation and limiting my access to courts.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I always feel alone and afraid and I believe I have multiple new mental issues even though I act like I'm okay and all these things have interrupted with me getting out and my cummunication with other and family

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes   ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

# COUNT III

1. State the constitutional or other federal civil right that was violated: __Amendment 8__

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   On 12/28/23 approximately 11:45 am to 5:30 pm in Core Civic-CAFCC's RHU Main Seg. "I was not fed at lunch time then taunted by officers until dinner. After all excessive force, psychological games and retaliations for more than 9 months it is a threat to my safety I feel because after 30 days it is a habit. Also even furthermore addiction, when no one is doing anything about it they could be doing things to my food, plotting to kill me ect. Also since no one has helped I believed they all played apart which is a threat to my safety.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   My anxiety is getting bad but I believe I might have p.t.s.d or some type of mental issue(s) because of these actions

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III?  ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

## E. REQUEST FOR RELIEF

State the relief you are seeking: The same which is on my Notice of Claimant Against The State of Arizona that will be filed to this civil case. That is $150,600,000

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __8/12/24__
DATE

__[signature]__
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.